# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jonker, Robert J. | U.S. Dist. Court, Western Dist of MI | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

685 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed psychology practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ACI ERISA Litigation Conference | 10/20/2011 - 10/22/2011 | New York, NY | Panel Speaker at Conference | Reimbursement for transportation and food. Lodging paid directly by ACI |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposit Accounts at Fifth Third Bank | A | Interest | J | T | | | | | |
| 2. Fifth Third Bank - Stock | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. RETAIL ACCOUNT | | | | | | | | | |
| 5. Active Asset Tax Free Trust | A | Dividend | J | T | | | | | |
| 6. First Trust Hlth Care Alpha ETF | | None | J | T | Buy | 10/12/11 | J | | |
| 7. First Trust Consumer Discret | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 8. First Trust Consumer Discret | | None | | | Buy | 05/04/11 | J | | |
| 9. First Trust DJ Internet IDX | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 10. First Trust DJ Internet IDX | | None | | | Buy | 05/04/11 | J | | |
| 11. First Trust Larg Cap Value AL | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 12. First Trust S&P Reit Index | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 13. First Trust S&P Reit Index | | None | | | Buy | 07/20/11 | J | | |
| 14. First Trust Utlts Alphadex ETF | A | Dividend | J | T | Buy | 11/03/11 | J | | |
| 15. Proshares Short MSCI EAFE | | None | J | T | Buy | 10/04/11 | J | | |
| 16. Vanguard MSCI Emerging Markets | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 17. Vanguard MSCI Emerging Markets | | None | | | Buy | 05/04/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Gr Fd of America | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 19. American Gr Fd of America | | None | | | Buy | 05/04/11 | J | | |
| 20. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 21. EV Global Macro ABS Ret | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 22. EV Global Macro ABS Ret | | None | | | Buy | 05/04/11 | J | | |
| 23. EV Large Cap Value I | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 24. Ivy Asset Strategy I | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 25. JP Morgan Hibrg Dyn Comm Str | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 26. Lord Abbett Alpha Strat | | None | | | Sold | 05/02/11 | K | B | |
| 27. Natixis ASG Global Alternative | | None | J | T | Buy | 10/04/11 | J | | |
| 28. Nuveen Tradewinds Int'l Value | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 29. Pimco All Asset All Auth | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 30. Pimco Unconstrained Bond | A | Dividend | | | Sold | 05/04/11 | J | A | |
| 31. Pimco Unconstrained Bond | | None | | | Buy | 05/04/11 | J | | |
| 32. Roosevelt Multi Cap | A | Dividend | J | T | Buy | 05/04/11 | J | | |
| 33. Virtus Insight Emerg Markts I | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 34. Virtus Multi Sect Sht Term BDI | A | Dividend | J | T | Buy | 10/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Virtus Prem Alphasector | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 36. Virtus Prem Alphasector | | None | | | Buy | 07/18/11 | J | | |
| 37. Calamos Mkt Neutral | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 38. Calamos Mkt Neutral | | None | | | Buy | 05/04/11 | J | | |
| 39. First Trust Mtrls Apha | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 40. First Trust Mtrls Apha | | None | | | Buy | 05/04/11 | J | | |
| 41. First Trust Nasdaq 100 | A | Dividend | | | Sold | 07/20/11 | J | A | |
| 42. First Trust Nasdaq 100 | | None | | | Buy | 05/04/11 | J | | |
| 43. Van Kampen Comstock | A | Dividend | | | Sold | 05/02/11 | K | A | |
| 44. Am Europac Gr. | | None | | | Sold | 10/04/11 | J | A | |
| 45. Am Europac Gr. | | None | | | Buy | 05/04/11 | J | | |
| 46. Calamos Growth | | None | | | Sold | 07/08/11 | J | A | |
| 47. Calamos Growth | | None | | | Buy | 05/04/11 | J | | |
| 48. First Trust Amex | | None | | | Sold | 06/15/11 | J | A | |
| 49. First Trust Amex | | None | | | Buy | 11/03/11 | J | | |
| 50. First Trust ISE Gbl Cooper Fd | | None | | | Sold | 06/15/11 | J | A | |
| 51. First Trust ISE Gbl Cooper Fd | | None | | | Buy | 05/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudental Jennison Nat Res Z | | None | | | Sold | 10/04/11 | J | B | |
| 53. Prudental Jennison Nat Res Z | | None | | | Buy | 05/05/11 | J | | |
| 54. Prudential Nat Resource C | | None | | | Sold | 05/02/11 | J | D | |
| 55. Prudential Nat Resources C | | None | | | Buy | 05/02/11 | J | | |
| 56. Rydex/Sgl Managed Fut | | None | | | Sold | 10/04/11 | J | A | |
| 57. Rydex/Sgl Managed Fut | | None | | | Buy | 05/04/11 | J | | |
| 58. Unit VK Bric Oppty 2011-1 | | None | | | Sold | 10/04/11 | J | A | |
| 59. Unit VK EAFE Select | A | Dividend | | | Sold | 02/25/11 | J | A | |
| 60. Columbia Marsico Growth | | None | | | Sold | 05/02/11 | K | C | |
| 61. Goldman Sachs Mid Cap | | None | | | Sold | 05/02/11 | J | B | |
| 62. Prudential Jennison Hlth Sci | | None | | | Sold | 05/02/11 | J | B | |
| 63. Lord Abbett Small Cap Blend | | None | | | Sold | 05/02/11 | K | B | |
| 64. | | | | | | | | | |
| 65. IRA ACCOUNT | | | | | | | | | |
| 66. American Amcap A | A | Dividend | K | T | | | | | |
| 67. American Bd Fd of Am | A | Dividend | J | T | | | | | |
| 68. American Cap Inc Builder | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Cap World Bond | B | Dividend | L | T | | | | | |
| 70. American Cap World Gr & Inc | A | Dividend | J | T | | | | | |
| 71. American Europacific Growth | A | Dividend | K | T | | | | | |
| 72. American Fundamental Inv | A | Dividend | K | T | | | | | |
| 73. American Gr Fd of America | A | Dividend | L | T | | | | | |
| 74. American New Perspective | A | Dividend | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. IRA ACCOUNT-2 | | | | | | | | | |
| 77. BDP Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 78. First Trust Hlth Care Alpha ETF | | None | J | T | Buy | 10/12/11 | J | | |
| 79. First Trust Consumer Discret | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 80. First Trust Consumer Discret | | None | | | Buy | 12/30/10 | J | | |
| 81. First Trust DJ Internet IDX | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 82. First Trust DJ Internet IDX | | None | | | Buy | 12/30/10 | J | | |
| 83. First Trust Larg Cap Value AL | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 84. First Trust Larg Cap Value AL | | None | | | Buy | 12/30/10 | K | | |
| 85. First Trust S&P Reit Index | A | Dividend | | | Sold | 10/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. First Trust S&P Reit Index | | None | | | Buy | 07/20/11 | J | | |
| 87. First Trust Utlts Alphadex ETF | A | Dividend | J | T | Buy | 11/02/11 | J | | |
| 88. Proshares Short MSCI EAFE | | None | J | T | Buy | 12/30/11 | K | | |
| 89. Vanguard MSCI Emerging Markets | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 90. Vanguard MSCI Emerging Markets | | None | | | Buy | 12/30/10 | K | | |
| 91. American Gr Fd of America | A | Dividend | J | T | Buy | 12/30/10 | K | | |
| 92. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 93. EV Global Macro ABS Ret | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 94. EV Global Macro ABS Ret | | None | | | Buy | 12/30/10 | K | | |
| 95. EV Large Cap Value I | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 96. EV Large Cap Value I | | None | | | Buy | 12/30/10 | K | | |
| 97. Ivy Asset Strategy I | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 98. Ivy Asset Strategy I | | None | | | Buy | 12/30/10 | J | | |
| 99. JP Morgan Hibrg Dyn Comm Str | A | Dividend | J | T | Buy | 10/04/11 | J | | |
| 100. Lord Abbett Alpha Strat | | None | J | T | Buy | 12/30/10 | J | | |
| 101. Natixis ASG Global Alternative | | None | K | T | Buy | 10/04/11 | K | | |
| 102. Nuveen Tradewinds Int'l Value | A | Dividend | | | Sold | 02/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nuveen Tradewinds Int'l Value | | None | | | Buy | 12/30/10 | J | | |
| 104. Pimco All Asset All Auth | | None | | | Buy | 12/30/10 | J | | |
| 105. Pimco Unconstrained Bond | A | Dividend | J | T | Buy | 11/08/11 | J | | |
| 106. Roosevelt Multi Cap | A | Dividend | J | T | Buy | 02/03/11 | J | | |
| 107. Virtus Insignt Emerg Markts I | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 108. Virtus Multi Sect Sht Term BDI | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 109. Virtus Multi Sect Sht Term BDI | | None | | | Buy | 12/30/10 | K | | |
| 110. Virtus Prem Alphasector | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 111. Virtus Prem Alphasector | | None | | | Buy | 07/18/11 | J | | |
| 112. American Europacific Growth | | None | | | Sold | 10/04/11 | J | A | |
| 113. American Europacific Growth | | None | | | Buy | 12/30/10 | J | | |
| 114. American Growth Fd of Am | A | Dividend | | | Sold | 10/04/11 | J | A | |
| 115. American Growth Fd of Am | | None | | | Buy | 12/30/10 | K | | |
| 116. Calamos Growth Fd | | None | | | Sold | 07/18/11 | J | A | |
| 117. Calamos Growth Fd | | None | | | Buy | 12/30/10 | J | | |
| 118. Calamos Market Neutral | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 119. Calamos Market Neutral | | None | | | Buy | 12/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  First Trust Amex Biotech | | None | | | Sold | 11/02/11 | J | A | |
| 121.  First Trust Amex Biotech | | None | | | Buy | 06/15/11 | J | | |
| 122.  First Trust Fncl Alphadex | | None | | | Sold | 03/23/11 | J | A | |
| 123.  First Trust Fncl Alphadex | | None | | | Buy | 12/30/10 | J | | |
| 124.  First Trust Glbl Copper | | None | | | Sold | 06/15/11 | J | A | |
| 125.  First Trust Glbl Copper | | None | | | Buy | 03/23/11 | J | | |
| 126.  First Trust Mtrls Alphadex | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 127.  First Trust Mtrls Alphadex | | None | | | Buy | 12/30/10 | J | | |
| 128.  First Trust Nasdaq 100 Tech | A | Dividend | | | Sold | 07/20/11 | J | A | |
| 129.  First Trust Nasdaq 100 Tech | | None | | | Buy | 12/30/10 | J | | |
| 130.  Ishares Iboxx Invest Gr Core | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 131.  Ishares Iboxx Invest Gr Core | | None | | | Buy | 12/30/10 | J | | |
| 132.  JP Morgan Mid Cap Value | A | Dividend | | | Sold | 02/03/11 | J | A | |
| 133.  JP Morgan Mid Cap Value | | None | | | Buy | 12/30/10 | J | | |
| 134.  Prudential Jennison Nat Res A | | None | | | Sold | 03/11/11 | J | A | |
| 135.  Prudential Jennison Nat Res A | | None | | | Buy | 12/30/10 | J | | |
| 136.  Prudential Jennison Nat Res Z | | None | | | Sold | 10/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Prudential Jennison Nat Res Z | | None | | | Buy | 08/02/11 | J | | |
| 138. RS Partners | | None | | | Sold | 02/03/11 | J | A | |
| 139. RS Partners | | None | | | Buy | 12/30/10 | J | | |
| 140. Rydex/Sgl Managed Fut | | None | | | Sold | 10/04/11 | J | A | |
| 141. Rydex/Sgl Managed Fut | | None | | | Buy | 12/30/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - Investments and Trusts:

Lines 80, 82, 84, 90, 91, 94, 96, 98, 100, 103, 104, 109, 113, 115, 117, 119, 123, 127, 129, 131, 133, 135, 139, 141 all indicate purchases made on 12/30/10. According to broker, these purchases had not settled at the time the 2010 year end statement was printed and therefore were not on last year's report.

# FINANCIAL DISCLOSURE REPORT

Page 14 of 14

Name of Person Reporting

Jonker, Robert J.

Date of Report

05/15/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert J. Jonker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544